[No. 7973-9-II. Division Two. July 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
PATRICIA JOAN FOX, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 83-1-00010-6, Gerry L. Alexander, J., entered

July 19, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J. Pro Tem.